COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER WITHDRAWING MEDIATION ORDER

Cause number:     01-17-00988-CV

Style:            In the Interest of J. I. T. and J. A. T. v. Department of Family and
Protective Services

Date motion filed:  February 1, 2018

Type of Motion:   Objection to Mediation

Party filing motion:  Appellee


It is **ordered** that Appellee's objection to mediation is granted.  We withdraw our
Mediation Order dated January 25, 2018.

Judge's signature: /s/   Harvey Brown
                   X Acting individually    ☐ Acting for the Court

                   Panel consists of

Date:   February 22, 2018

---

*      Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief.  *See* TEX. R. APP. P. 10.3(a).

**Note**:     Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing.  TEX. R. APP. P. 10.4(a).